**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 323 EAL 2021

Respondent

v.

DARRELL WASHINGTON,

Petitioner

: 
: 
: 
:   Petition for Allowance of Appeal
:   from the **Unpublished**
:   **Memorandum and Order** of the
:   Superior Court at No. 593 EDA 2020
:   entered on June 22, 2021, **affirming**
:   the PCRA Order of the Philadelphia
:   County Court of Common Pleas at
:   No. CP-51-CR-0012797-2008
:   entered on March 12, 2019

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of December, 2021, the Petition for Allowance of Appeal is **GRANTED**, limited to the issue of whether the Superior Court of Pennsylvania erred in holding that Petitioner Washington waived his ineffective assistance of counsel claim against PCRA counsel. The judgment of the Superior Court is **VACATED**, and the matter is **REMANDED** for reconsideration in light of *Commonwealth v. Bradley*, __ A.3d __, 2021 WL 4877232 (Pa. 2021).

Allocatur is **DENIED** as to all remaining issues.